| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bennett, Alfred H. | 2. Court or Organization<br><br>U.S. District Court - Southern District of Texas | 3. Date of Report<br><br>09/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Nominee, U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 09/18/2014<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>09/18/2014 |
| 7. Chambers or Office Address<br><br>Harris Civil Courthouse<br>201 Caroline Street, 9th Floor<br>Houston, Texas 77002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | OST/Almeda Corridors Redevelopment Authority & Reinvestment Zone Number Seven |
| 2. | Commissioner | Texas Access to Justice Commission |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2014 | Salary for State Judgeship | $111,529.13 |
| 2. | 2013 | Salary for State Judgeship | $145,483.28 |
| 3. | 2013 | Teaching Salary - Texas Southern University | $3,000.00 |
| 4. | 2012 | Salary for State Judgeship | $140,000.00 |
| 5. | 2012 | Teaching Salary - Texas Southern University | $3,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2014 | Lyondell Chemical Co., Long-term incentive plan payment |
| 2. | 2013 | Lyondell Chemical Co.: NextSource |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 11

Name of Person Reporting

Bennett, Alfred H.

Date of Report

09/18/2014

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Alfred H. | 09/18/2014 |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (accounts) | A | Interest | J | T | Exempt | | | | |
| 2. Wells Fargo Bank (accounts) | A | Interest | M | T | | | | | |
| 3. Amazon (stock) | | None | K | T | | | | | |
| 4. College America 529 Capital Income Builder Fund | | None | K | T | | | | | |
| 5. American Funds Capital World Bond Fund | A | Dividend | L | T | | | | | |
| 6. American Funds Capital World Growth and Income Fund | A | Dividend | L | T | | | | | |
| 7. College America 529 Capital World Growth | | None | K | T | | | | | |
| 8. American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 9. American Funds Fundamental Investors Fund | A | Dividend | J | T | | | | | |
| 10. American Funds Investment Company of America Fund | B | Dividend | M | T | | | | | |
| 11. College America 529 Investment Company of America Fund | | None | K | T | | | | | |
| 12. American Funds New Economy Fund | A | Dividend | J | T | | | | | |
| 13. American Funds New Perspective Fund | A | Dividend | K | T | | | | | |
| 14. College America 529 New Perspective Fund | | None | K | T | | | | | |
| 15. American Funds SmallCap World Fund | A | Dividend | K | T | | | | | |
| 16. American Funds The Growth Fund of America | A | Dividend | L | T | | | | | |
| 17. College America 529 Growth Fund of America | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Alfred H. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Ariel Appreciation Fund | | None | J | T | | | | | |
| 19. | AT & T (stock) | A | Dividend | J | T | | | | | |
| 20. | Blackrock Equity Dividend 529 option | | None | J | T | | | | | |
| 21. | Blackrock Growth Target-Risk 529 option | | None | J | T | | | | | |
| 22. | Columbia Seligman Communication and Information Fund | A | Dividend | K | T | | | | | |
| 23. | Davis New York Venture Fund | A | Dividend | L | T | | | | | |
| 24. | Delaware High-Yield Opportunites Fund | A | Dividend | J | T | | | | | |
| 25. | Duke Energy Stock | A | Dividend | J | T | | | | | |
| 26. | Eaton Vance Dividend Builder Fund | A | Dividend | K | T | | | | | |
| 27. | Eaton Vance Worldwide Health Sciences Fund | A | Dividend | L | T | | | | | |
| 28. | Exxon-Mobil (stock) | A | Dividend | J | T | | | | | |
| 29. | First Eagle Fund of America | A | Dividend | K | T | | | | | |
| 30. | First Trust Capital Strength UIT | A | Dividend | J | T | | | | | |
| 31. | First Trust European Deep Value Dividend UIT | A | Dividend | K | T | | | | | |
| 32. | First Trust Innovative Technology UIT | | None | K | T | | | | | |
| 33. | First Trust Mega-Cap UIT | A | Dividend | J | T | | | | | |
| 34. | First Trust SmallMid Capital Strength UIT | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Alfred H. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. First Trust Technology Dividend UIT | A | Dividend | K | T | | | | | |
| 36. First Trust International Capital Strength UIT | A | Dividend | K | T | | | | | |
| 37. Ford Motor Co. (stock) | A | Dividend | J | T | | | | | |
| 38. Franklin Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 39. Franklin Rising Dividends Fund | A | Dividend | K | T | | | | | |
| 40. Freeport-McMoran Copper and Gold, Inc. (stock) | A | Dividend | J | T | | | | | |
| 41. Hewlett-Packard (stock) | A | Dividend | J | T | | | | | |
| 42. Kraft Foods (stock) | A | Dividend | J | T | | | | | |
| 43. Lord Abbett Value Opportunities Fund | B | Dividend | K | T | | | | | |
| 44. LyondellBasell (stock) | A | Dividend | K | T | | | | | |
| 45. McDonald's (stock) | A | Dividend | J | T | | | | | |
| 46. Merck (stock) | A | Dividend | J | T | | | | | |
| 47. MFS Utilities Fund | A | Dividend | J | T | | | | | |
| 48. Microsoft (stock) | A | Dividend | J | T | | | | | |
| 49. Mondelez (stock) | A | Dividend | J | T | | | | | |
| 50. PIMCO Long-Term US Government Fund | A | Dividend | J | T | | | | | |
| 51. PIMCO Real Return Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| I =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Alfred H. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 53. Powershares QQQ Trust, Series 1 (ETF) | A | Dividend | K | T | | | | | |
| 54. Royce Premier Fund | B | Dividend | K | T | | | | | |
| 55. Royce Special Equity Fund | A | Dividend | K | T | | | | | |
| 56. Starbucks (stock) | A | Dividend | K | T | | | | | |
| 57. Templeton World Fund | A | Dividend | K | T | | | | | |
| 58. Atlanta GA Water and Waste bond | B | Interest | K | T | | | | | |
| 59. Bay Area Toll Authority of California bond | B | Interest | K | T | | | | | |
| 60. Beaumont, TX Independent School District bond | A | Interest | K | T | | | | | |
| 61. Belton, TX Independent School District bond | A | Interest | J | T | | | | | |
| 62. Carrollton GA Payroll Development Authority bond | B | Interest | K | T | | | | | |
| 63. Chicago O'Hare International Airport bond | B | Interest | K | T | | | | | |
| 64. Cypress-Fairbanks, TX Independent School District bond | A | Interest | K | T | | | | | |
| 65. Detroit Sewage Disposal System bond | B | Interest | K | T | | | | | |
| 66. Detroit, MI Water Supply System bond | B | Interest | K | T | | | | | |
| 67. District of Columbia bond | C | Interest | K | T | | | | | |
| 68. Elk Grove, CA Unified School District bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Alfred H. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Grayson County, TX Junior College bond | B | Interest | K | T | | | | | |
| 70. | Hawaii Pacific Health bond | B | Interest | K | T | | | | | |
| 71. | Houston, TX Utilities System bond | B | Interest | K | T | | | | | |
| 72. | Jacksonville, TX Independent School District bond | A | Interest | J | T | | | | | |
| 73. | Lucas County, OH Hospital bond | C | Interest | L | T | | | | | |
| 74. | NJ Transit Trust bond | A | Interest | J | T | | | | | |
| 75. | North Texas Thruway Authority bond | C | Interest | L | T | | | | | |
| 76. | Pennsylvania State Public Schools bond | B | Interest | K | T | | | | | |
| 77. | San Diego County, CA Water Authority Bond | A | Interest | J | T | | | | | |
| 78. | Tuscaloosa, AL Public Educational Building Bond | B | Interest | K | T | | | | | |
| 79. | TransAmerica Liberty 2008 Class L Annuity | | None | N | T | | | | | |
| 80. | Chane Investment Holdings (rental property) | F | Rent | N | W | | | | | |
| 81. | UBS RMA Tax Free Fund | A | Interest | K | T | | | | | |
| 82. | Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 83. | Allstate Universal Life Insurance | | None | K | T | | | | | |
| 84. | NY Life Variable Life Insurance | | None | K | T | | | | | |
| 85. | Puerto Rico Electric Power Authority Bond | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Cummins Inc | A | Dividend | | | | | | | |
| 87. First Trust Economic Expansion Portfolio UIT | A | Dividend | | | | | | | |
| 88. Sacramento County Airport Bond | A | Interest | | | | | | | |
| 89. Monterey Peninsula CA Bond | B | Interest | | | | | | | |
| 90. California State Sync Bond | A | Interest | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Page 10 of 11

Name of Person Reporting

Bennett, Alfred H.

Date of Report

09/18/2014

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Alfred H. | 09/18/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alfred H. Bennett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 131 | 679 | Notes payable to banks-secured (auto) | | | |
| U.S. Government securities–Series EE bonds | | 5 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 2 | 163 | 821 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 662 | 109 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 124 | 709 |
| Real estate owned – personal residence | | 575 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 110 | 000 | | | | |
| Cash value-life insurance | | 62 | 107 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 124 | 709 |
| | | | | Net Worth | 3 | 585 | 007 |
| Total Assets | 3 | 709 | 716 | Total liabilities and net worth | 3 | 709 | 716 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |